# Court of Appeals
# of the State of Georgia

ATLANTA, February 16, 2017

*The Court of Appeals hereby passes the following order:*

**A16A2016. ESTES PARK, L.P. v. DEPARTMENT OF TRANSPORTATION.**

On May 17, 2016, this Court granted Estes Park, L.P.'s application for interlocutory appeal in this condemnation case. In July 2016, Estes Park, L.P. ("Estes Park") filed an emergency motion for supersedeas. In response, the Department of Transportation ("DOT") explained that, although it disagreed with Estes Park's assertion that the subject property is public property, out of an abundance of caution, it nonetheless filed an application with the State Commission on the Condemnation of Public Property (the "Commission"). Furthermore, the DOT agreed to refrain from conducting any activity on the Estes Park property unless and until the Commission approves the condemnation. Based on this representation, this Court denied Estes Park's motion for emergency relief.

After careful consideration and review, we conclude that the application for interlocutory appeal was improvidently granted, and it is ordered that this appeal is hereby DISMISSED. It is noted that the denial of interlocutory review does not constitute an adjudication on the merits. *Holmes v. Achor Ctr.*, 249 Ga. App. 184, 187 (1) (547 SE2d 332) (2001). Accordingly, to the extent the issues ripe for appellate consideration by this Court are not mooted by the findings of the Commission, Estes Park is not precluded from further appellate review of this case.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*   *02/16/2017*

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*